```
_____ FILED      _____ ENTERED
_____ LODGED    _____ RECEIVED

            JUL 26 2004   ZG

              AT SEATTLE
        CLERK U.S. DISTRICT COURT
     WESTERN DISTRICT OF WASHINGTON
                              DEP
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PACIFIC SOUND RESOURCES, a Washington non-profit corporation; and THE PORT OF SEATTLE, a Washington municipal corporation,<br><br>Plaintiffs,<br><br>v.<br><br>THE BURLINGTON NORTHERN AND SANTA FE RAILWAY COMPANY, a Delaware corporation; J.H. BAXTER & CO., a California limited partnership; J.H. BAXTER & CO., a California corporation; and J.H. BAXTER & CO., INC., a California corporation,<br><br>Defendants. | No. C04-1654Z<br><br>JOINDER OF DEFENDANTS J.H. BAXTER & CO. IN NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. § 1446<br><br>04-CV-01654-MISC |

Defendant J.H. BAXTER & CO., a California limited partnership; J.H. BAXTER & CO., a California corporation; and J.H. BAXTER & CO., INC., a California corporation join in the Notice of Removal filed by Defendant The Burlington Northern and Santa Fe Railway Company pursuant to 28 U.S.C. § 1446.

JOINDER IN NOTICE OF REMOVAL      ***ORIGINAL***      Page 1

1  DATED this 26 day of July, 2004.

    Respectfully Submitted,

    LAW OFFICES OF JAMES C. HANKEN

    *[signature]*

    JAMES C. HANKEN   WSBA 01516