HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PACIFIC SOUND RESOURCES, a Washington non-profit corporation; and THE PORT OF SEATTLE, a Washington municipal corporation,

Plaintiffs,

v.

THE BURLINGTON NORTHERN AND SANTA FE RAILWAY COMPANY, a Delaware corporation; J.H. BAXTER & CO., a California limited partnership; J.H. BAXTER & CO., a California corporation; and J.H. BAXTER & CO., INC., a California corporation,

Defendants.

No. C04-1654Z

DEFENDANT THE BURLINGTON NORTHERN AND SANTA FE RAILWAY COMPANY'S INITIAL DISCLOSURES

Pursuant to Federal Rule of Civil Procedure 26(a)(1), Defendant The Burlington Northern and Santa Fe Railway Company ("BNSF") provides the following initial disclosures:

### I. RULE 26(a)(1)(A): INDIVIDUALS THAT MAY HAVE DISCOVERABLE INFORMATION

1.  Blaine E. Bilderback.  Address:  BNSF, 2500 Lou Menk Drive, AOB 3, Fort Worth, TX  76131.  Subjects of information:  the nature of any interests in real property

DEFENDANT THE BURLINGTON NORTHERN AND SANTA FE
RAILWAY COMPANY'S INITIAL DISCLOSURES
No. C04-1654Z

Page 1

**Bullivant|Houser|Bailey PC**
1601 Fifth Avenue, Suite 2300
Seattle, Washington  98101-1618
Telephone: 206.292.8930

1  formerly held by BNSF's predecessors at or adjacent to the former location of the wood
2  treating facility commonly referred to as the Wyckoff West Seattle Wood Treating Plant
3  ("the Plant").
4        2.     James T. Obermiller.  Address:  BNSF, 2500 Lou Menk Drive, AOB 3, Fort
5  Worth, TX  76131.  Subjects of information:  the location and authenticity of any corporate
6  records in BNSF's possession potentially relating to the Plant including any contracts or
7  agreements between BNSF's predecessors and former owners or operators of the Plant.
8        3.     Clyde E. Lobb.  Address:  BNSF, 2500 Lou Menk Drive, AOB 3, Fort Worth,
9  TX  76131.  Subjects of information:  the acquisition of wood products and wood-treating
10 chemicals by BNSF or one or more of its predecessors which may have been used at the
11 Plant.
12       4.     James Taplin.  Last known address:  7125 Fauntleroy Way SW, West Seattle,
13 WA  98136.  Subjects of information:  his responsibilities to maintain records and inspect
14 treated wood products at the Plant, as an employee of certain of BNSF's predecessors from
15 about 1966 to 1980; the lack of involvement of BNSF's predecessors in wood treating
16 operations or the handling of materials at the Plant; in general terms, activities conducted at
17 and the layout of the Plant from about 1966 to 1980.
18       5.     Glen Haug.  Address:  BNSF, 2454 Occidental Ave., South, Seattle, WA
19 98134.  Subjects of information:  the nature of any interests in personal property formerly
20 held by BNSF's predecessors at or adjacent to the former location of the Plant.
21       6.     Bruce Sheppard.  Address:  BNSF, 2454 Occidental Ave., South, Seattle, WA
22 98134.  Subjects of information:  in general terms, (1) the nature and extent of environmental
23 contamination at the Plant and the Marine Sediments Unit of the Pacific Sound Resources
24 Superfund Site, and (2) the remedial actions and development activities implemented at the
25 Plant by the Port.
26

DEFENDANT THE BURLINGTON NORTHERN AND SANTA FE
RAILWAY COMPANY'S INITIAL DISCLOSURES
No.  C04-1654Z

Page 2

**Bullivant|Houser|Bailey PC**
1601 Fifth Avenue, Suite 2300
Seattle, Washington  98101-1618
Telephone: 206.292.8930

In the parties' Combined Joint Status Report and Discovery Plan, Plaintiffs expressed their belief that BNSF's prior disclosures do not fully satisfy the requirements of Fed. R. Civ. P. 26(a)(1)(A) on the alleged ground that, although BNSF provided the names of a few employees and former employees who have knowledge of discoverable information, "it has not conducted a diligent search of its own documents to determine whether there are other persons with knowledge of the site at issue." Based on the information available to BNSF at this time, the preceding disclosures fully satisfy the requirements of Rule 26(a)(1)(A) to disclose each individual likely to have discoverable information that BNSF may use to support its claims or defenses. BNSF denies that Rule 26(a)(1)(A) requires BNSF to search its own documents to determine whether there are other persons "with knowledge of the site at issue." BNSF reserves the right to supplement this disclosure and provide the names of any additional individuals who it subsequently determines are likely to have discoverable information that BNSF may use to support its claims or defenses, identifying the subjects of the information.

## II. RULE 26(a)(1)(B): DOCUMENTS, DATA, COMPILATIONS AND TANGIBLE THINGS

In an earlier action filed by Plaintiffs in 2002, and now pending before the Washington Court of Appeals, Plaintiffs, BNSF, and the other parties to that action voluntarily disclosed a large number of documents and responded to certain discovery requests. In addition, Plaintiffs took the depositions of three BNSF employees pursuant to a deposition notice issued under Washington Civil Rule 30(b)(6) and took the deposition of one former employee of certain of BNSF's predecessors. As stated in the parties' Combined Joint Status Report and Discovery Plan, counsel have agreed that the documents disclosed in the earlier action need not be produced again, and that the parties' prior disclosures and written discovery responses fulfill, in part, the parties' obligations to disclose documents under Fed. R. Civ. P. 26(a)(1)(B), except to the extent issues specific to this case are not

DEFENDANT THE BURLINGTON NORTHERN AND SANTA FE RAILWAY COMPANY'S INITIAL DISCLOSURES
No. C04-1654Z

Page 3

Bullivant|Houser|Bailey PC
1601 Fifth Avenue, Suite 2300
Seattle, Washington  98101-1618
Telephone: 206.292.8930

addressed in the previously disclosed documents.

At this time, BNSF has no knowledge of any additional documents, other than those documents previously disclosed by Plaintiffs, BNSF, and the other parties to the earlier action, and the transcripts of the depositions taken in the earlier action, that BNSF may use to support its claims or defenses in this action. BNSF reserves the right to supplement this disclosure and provide any documents, data compilations, and tangible things that it discovers subsequently or inadvertently omitted.

In the parties' Combined Joint Status Report and Discovery Plan, Plaintiffs expressed their belief that BNSF's prior disclosures do not fully satisfy the requirements of Fed. R. Civ. P. 26(a)(1)(B) on the alleged ground that BNSF offered to make available for review hundreds of boxes of documents in a Seattle warehouse without providing an index or guide as to the contents of the boxes. Contrary to Plaintiffs' assertion, BNSF did provide Plaintiffs with the only available index to the documents in the warehouse. Moreover, BNSF offered to produce the documents as they are kept in the normal course of business, as permissible under Fed. R. Civ. P. 34(b). To the best of BNSF's knowledge, the documents in the warehouse relate to the activities or interests of BNSF or BNSF's predecessors at a large number of locations throughout the Pacific Northwest over a long period of time. BNSF is unaware whether any of the documents may include information specific to the Plant, but based on its counsel's review of the index, BNSF believes the documents do not contain information relevant to the issues raised in this action. Plaintiffs are free to review the documents in whole or in part to make their own determination upon reasonable notice to BNSF.

### III.  RULE 26(a)(1)(C): DAMAGES

BNSF has asserted affirmative defenses, counterclaims, and cross-claims under which, if it is held liable for any damages alleged in the Complaint, BNSF will be entitled to indemnification and/or contribution from plaintiffs or plaintiffs and other parties. At this

DEFENDANT THE BURLINGTON NORTHERN AND SANTA FE RAILWAY COMPANY'S INITIAL DISCLOSURES
No. C04-1654Z

Page 4

Bullivant|Houser|Bailey PC
1601 Fifth Avenue, Suite 2300
Seattle, Washington 98101-1618
Telephone: 206.292.8930

time, BNSF is not able to compute the amount it may be entitled to in indemnification or contribution since the liabilities of the parties and the amount of damages at issue have not yet been established.

At this time, BNSF has not incurred response or remedial action costs in connection with the Marine Sediments Operable Unit of the PSR Superfund Site, with the exception of its attorneys' fees, expenses, and costs incurred in this action. If BNSF is the prevailing party in this action, it will be entitled to recover its attorneys' fees, expenses, and costs pursuant to RCW 70.105D.080.

## IV. RULE 26(a)(1)(D): INSURANCE

BNSF maintains a liability insurance policy that may provide coverage to satisfy part or all of any judgment that may be entered in this action against BNSF or to reimburse or indemnify BNSF for any payments made to satisfy any such judgment. BNSF would produce a copy of the policy pursuant to a mutual protective order executed by all parties to stricty limit access to and distribution or copying of policies produced by any party to ensure that such policies would be reviewed for purposes of this litigation only and not disclosed to any other person or entity for any purpose whatsoever. BNSF reserves the right to supplement this disclosure and provide any information relating to insurance that it discovers subsequently or inadvertently omitted.

### Reservation of Rights

These initial disclosures are made based on information reasonably available and known to BNSF at the time of this disclosure. BNSF specifically reserves the right to supplement or amend these disclosures to provide information hereafter acquired or located, or as otherwise provided by Rule 26 of the Federal Rules of Civil Procedure.

DEFENDANT THE BURLINGTON NORTHERN AND SANTA FE RAILWAY COMPANY'S INITIAL DISCLOSURES
No. C04-1654Z

Page 5

Bullivant|Houser|Bailey PC
1601 Fifth Avenue, Suite 2300
Seattle, Washington 98101-1618
Telephone: 206.292.8930

DATED: November 5, 2004

BULLIVANT HOUSER BAILEY PC


/s/ Thomas D. Adams
Thomas D. Adams
WSBA #18470
E-mail: tom.adams@bullivant.com
Attorneys for Defendant, The Burlington Northern and Santa Fe Railway Company
BULLIVANT HOUSER BAILEY PC
1601 Fifth Avenue
Suite 2300
Seattle, Washington  98101-1618
Telephone: 206.292.8930
Facsimile: 206.386.5130


/s/ John F. Barg
John F. Barg, *Pro Hac Vice*
E-Mail: jfb@bcltlaw.com
Marc A. Zeppetello, *Pro Hac Vice*
E-Mail: maz@bcltlaw.com
Attorneys for Defendants The Burlington Northern and Santa Fe Railway Company
Barg Coffin Lewis & Trapp, LLP
One Market Steuart Tower, Ste 2700
San Francisco, CA  94105-1475
Telephone:    (415) 228-5400
Facsimile:     (415) 228-5450

DEFENDANT THE BURLINGTON NORTHERN AND SANTA FE RAILWAY COMPANY'S INITIAL DISCLOSURES
No.  C04-1654Z

Page 6

**Bullivant|Houser|Bailey PC**
1601 Fifth Avenue, Suite 2300
Seattle, Washington  98101-1618
Telephone: 206.292.8930

**CERTIFICATE OF SERVICE**

I hereby certify that on Friday, November 05, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the persons listed below:

| | |
|---|---|
| Rodney L. Brown Jr.<br>Gillis E. Reavis<br>David D. Dicks<br>Brown, Reavis & Manning<br>1201 Third Ave., Ste. 320<br>Seattle, WA  98101<br>Phone:  (206) 292-6300<br>Fax:  (206) 292-6301<br>*Counsel for Plaintiff Pacific Sound/Port of Seattle* | James C. Hanken<br>3210 Wells Fargo Center<br>999 Third Ave.<br>Seattle, WA  98104<br>Phone:  (206) 235-7679<br>Fax:  (206) 689-7999<br>*Counsel for Defendant JH Baxter & Co., and JH Baxter & Co., Inc.* |

John F. Barg, *Pro Hac Vice*
Marc A. Zeppetello, *Pro Hac Vice*
Barg Coffin Lewis & Trapp, LLP
One Market Steuart Tower, Ste 2700
San Francisco, CA  94105-1475
Phone:  (415) 228-5400
Fax:     (415) 228-5450
*Pro Hac Vice Counsel for Defendants The Burlington Northern and Santa Fe Railway Company*

BULLIVANT HOUSER BAILEY PC


By: /s/Elen A. Sale
      Elen A. Sale
      ele.sale@bullivant.com

3421613.1

DEFENDANT THE BURLINGTON NORTHERN AND SANTA FE RAILWAY COMPANY'S INITIAL DISCLOSURES
No.  C04-1654Z

Page 7

**Bullivant|Houser|Bailey PC**
1601 Fifth Avenue, Suite 2300
Seattle, Washington  98101-1618
Telephone: 206.292.8930