THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PACIFIC SOUND RESOURCES, a Washington non-profit corporation; and THE PORT OF SEATTLE, a Washington municipal corporation;<br><br>　　　　　　　　Plaintiffs,<br><br>　v.<br><br>THE BURLINGTON NORTHERN AND SANTA FE RAILWAY COMPANY, a Delaware corporation; J.H. BAXTER & CO., a California limited partnership; J.H. BAXTER & CO., a California corporation; and J.H. BAXTER & CO., INC., a California corporation.<br><br>　　　　　　　　Defendants. | No. C04-1654Z<br><br>**PLAINTIFFS' INITIAL DISCLOSURES UNDER FEDERAL RULE OF CIVIL PROCEDURE 26(a)** |

Pursuant to the Combined Joint Status Report and Discovery Plan submitted October 12, 2004, Plaintiffs Pacific Sound Resources ("PSR") and The Port of Seattle ("Port") ("plaintiffs") hereby make the following voluntary disclosures under Federal Rule 26(a).

Before this case was filed, the parties engaged in nearly two years of litigation over the contamination at the site from which this case arises. In the course of that litigation, styled *Pacific Sound Resources and The Port of Seattle v. Burlington Northern Santa Fe Railway Corp., et al.,* No. 02-2-27778-1SEA in the Superior Court of King County, Washington,

PLAINTIFFS' INITIAL DISCLOSURES UNDER
FEDERAL RULE OF CIVIL PROCEDURE 26(a)
C04-1654Z - PAGE 1

BROWN REAVIS & MANNING PLLC
1201 THIRD AVENUE, SUITE 320
SEATTLE, WASHINGTON 98101
(206) 292-6300

plaintiffs produced for inspection and copying hundreds of thousands of pages of documents from which tens of thousands of pages were copied and provided to the parties.

Plaintiffs believe that their earlier disclosures far exceeded the requirements of Federal Rule of Civil Procedure 26(a) and incorporate those disclosures herein by reference. As described in the Joint Status Report filed by the parties in this case, plaintiffs nevertheless agreed to make additional disclosures on specific issues requested by defendants.

**I.     Prior Discovery Disclosures**

   **A.     PSR Former Employees**

In the prior state court litigation, PSR's discovery responses identified dozens of former employees as persons with knowledge of relevant facts. It also made available to defendants all employee personnel files in its possession as of April 2003. As requested by defendants, the following is a shorter list of former employees who are known to still be alive and to have discoverable information relevant to this case. Plaintiffs reserve the right to supplement this list as discovery continues.

1. <u>Ted DePriest</u>: Mr. DePriest was the president of the Company from 1978 until 1994. Mr. DePriest has knowledge of plant operations, remediation and other events occurring during this time period. Mr. DePriest's address information is: 13467 – 64th Place NE, Kirkland, WA  98034; (206) 933-1000;

2. <u>Oscar Flowers</u>: Mr. Flowers held many positions at the West Seattle Plant from 1971 to 1991, including tie loader, framer, hook tender, incisor, talleyman, and foreman. Mr. Flowers' address information is: 4917 Thistle Drive, Apt. 701, Tyler, TX; (903) 509-0335;

3. <u>Edgar L. Frease</u>: Mr. Frease worked for the Company from 1941 to 1982. He also worked part-time from 1983 to 1988. He was originally hired as a bookkeeper at the Eagle Harbor Plant and was promoted to the Sales department at the downtown corporate office. Mr. Frease's address

PLAINTIFFS' INITIAL DISCLOSURES UNDER
FEDERAL RULE OF CIVIL PROCEDURE 26(a)
C04-1654Z - PAGE 2

BROWN REAVIS & MANNING PLLC
1201 THIRD AVENUE, SUITE 320
SEATTLE, WASHINGTON 98101
(206) 292-6300

information is: 8811 Battle Point Drive NE, Bainbridge Island, WA 98110-1481; (206) 842-2509;

4. <u>Charles Hudson</u>: Mr. Hudson worked for the Company from 1964 to 1988. He was hired as a chemist and was promoted shortly thereafter to the company's position of Technical Director. Mr. Hudson's address information is: 121 Hasenlock Rd., Chehalis, WA 98532-8432; (360) 262-0912;

5. <u>Ralph Johnson</u>: Mr. Johnson worked for the Company from 1962 to 1989. While employed at the Company, he was a hooker, car loader, crane operator, and general maintenance man. Mr. Johnson's address information is: 3506 NE 7th Street, Renton, WA 98056; (425) 255-2280;

6. <u>Frank Laine</u>: Mr. Laine was employed by the Company from June 1958 to December 1958 and from 1963 to 1994. He served as a Crane Operator and a Drott Operator. His address information is: 4522 - 332nd Avenue SE, Fall City, WA 98024; (425) 222-5703;

7. <u>Darrell Palmer</u>: Mr. Palmer worked for the Company from 1965 to 1991. He was hired as a Forester and was eventually promoted to Chief Forester at the Company. His address information is: 76709 London Rd., Cottage Grove, OR 97424; (541) 942-4200;

8. <u>Clarence Rein</u>: Mr. Rein was a tie stacker at the Company from 1946 to 1980. His address information is: 3720 - 35th Avenue SW, Seattle, WA 98126; (206) 935-0993; and

9. <u>LeRoy Thompson</u>: Mr. Thompson served many positions at the Company from 1965 to 1994. He was hired as a Locomotive Operator. He was then promoted to Lead Talleyman for 10 years. He also served as Foreman at the Eagle Harbor Plant for one year. His served the last 20 years with the Company as Assistant Superintendent. His address information is: 440 SE Evans Lane, Issaquah, WA 98027-4303; (425) 392-7679.

PLAINTIFFS' INITIAL DISCLOSURES UNDER
FEDERAL RULE OF CIVIL PROCEDURE 26(a)
C04-1654Z - PAGE 3

BROWN REAVIS & MANNING PLLC
1201 THIRD AVENUE, SUITE 320
SEATTLE, WASHINGTON 98101
(206) 292-6300

**B.     Port Employees**

In the state court lawsuit, the Port provided the names and addresses of numerous individuals with knowledge of relevant facts. These disclosures are incorporated herein by reference. The following witnesses are likely to have discoverable information relevant specifically to plaintiffs' claims relating to costs incurred at the Marine Sediments Unit.

1. <u>Kathy Bahnick</u>: Ms. Bahnick is the Environmental Project Manager for the Marine Sediments Unit;

2. <u>Robin Stevens</u>: Ms. Stevens is the Port Staff accountant who worked on Cost Accounting Claims 17 and 18; and

**C.     Other Witnesses**

1. <u>Warren Hanson</u>: Mr. Hanson is a consultant with OnSite Consulting and worked with the Port on Cost Accounting Claims 17 and 18.

**D.     Plaintiffs' Damages**

Contrary to the statements made by defendants in the Joint Status Report, plaintiffs did provide a computation of damages relative to the work done in the Marine Sediments Unit. The information was reported in two declarations under oath, one from Kathy Bahnick, a Port employee, and one from Ruth Broome, who is employed by the U.S. Environmental Protection Agency. Those disclosures are incorporated herein by reference.

During 2003 the Port performed work in the Marine Sediments Unit consisting primarily of removing old pilings from the area where sediments are being remediated by EPA. The Port's work was spelled out in a Supplemental Administrative Order on Consent and a Supplemental Scope of Work dated December 4, 2002, both of which have been produced to defendants.

The Port's costs for the Supplemental Scope of Work were submitted to and approved by EPA as part of the Port's Cost Accounting Reports 17 and 18. Backup documentation for the costs has largely been provided to defendants. All of the work represented by Cost Accounting Reports 17 and 18 was not performed in the Marine Sediments Unit, but, as

PLAINTIFFS' INITIAL DISCLOSURES UNDER
FEDERAL RULE OF CIVIL PROCEDURE 26(a)
C04-1654Z - PAGE 4

BROWN REAVIS & MANNING PLLC
1201 THIRD AVENUE, SUITE 320
SEATTLE, WASHINGTON 98101
(206) 292-6300

reported in the Bahnick declaration, the costs in those Cost Accounting Reports attributable to the Marine Sediments Unit were at least $490,985.25. Plaintiffs produced to defendants the accounting records submitted by the Port to EPA for Claims 17 and 18 denoted by Bates range POS 15079 to POS 15170.

There are additional costs for work in the Marine Sediments Unit that have not yet been submitted to EPA. These costs will be submitted as part of the Port's Cost Accounting Claim 19 and documentation for those costs will be provided as soon as it is available.

In addition, plaintiffs will make available for review by defendants the Port's accounting working papers used to prepare Cost Accounting Claims 17, 18 and 19.

As plaintiffs have previously informed defendants, PSR has not performed any work itself in the Marine Sediments Unit but instead, through a liquidation plan described in a 1994 Consent Decree, has liquidated assets and provided the proceeds to EPA. PSR is not in possession of detailed information regarding the specific expenses paid by EPA from funds provided by PSR. As described in the Broome declaration, however, PSR understands that $10,550,304.06 has been spent or allocated to cleanup of the Marine Sediments Unit. PSR is attempting to obtain additional information from EPA and will make it available when it is obtained. In addition, PSR will be producing additional documents relating to its income and expenses since entry of the Consent Decree in 1994.

E.   **Insurance Policy and Settlement Issues**

Attached is a coverage chart showing policy numbers and years, limits, insurers and other information for all the insurance policies PSR was able to determine may have provided coverage for the site at issue (Attachment A). Over the course of several years, PSR settled claims with several of its insurers and a coverage lawsuit was filed against two others. All claims were ultimately settled with policy releases, meaning that coverage is no longer available under any of the policies.

Plaintiff PSR believes that information regarding its insurers or settlements with insurers is irrelevant to this case. Moreover, defendants have not incurred any response or

PLAINTIFFS' INITIAL DISCLOSURES UNDER
FEDERAL RULE OF CIVIL PROCEDURE 26(a)
C04-1654Z - PAGE 5

BROWN REAVIS & MANNING PLLC
1201 THIRD AVENUE, SUITE 320
SEATTLE, WASHINGTON 98101
(206) 292-6300

1  remedial action costs relative to the Marine Sediments Unit. Several of PSR's settlements
2  with insurers contain confidentiality provisions that prohibit PSR from disclosing the terms of
3  the agreements. Nevertheless, PSR has agreed to provide some information on the amount of
4  insurance proceeds received by PSR. Total proceeds from insurance settlements, net of
5  attorneys fees and expenses, were $16,151,760.40.

   F.   **Contracts between Port and PSR and between Port and other owners or operators of Plant**

   The Port has conducted a thorough review of its files and has not been able to identify any contracts with PSR and/or any other owners or operators of the Plant. Likewise, PSR has conducted a thorough review of its files and has not been able to identify any contracts with the Port.

   Dated this 5th day of November, 2004.

   s/ Gillis E. Reavis
   WSBA No. 21451
   Rodney L. Brown, Jr., WSBA No. 13089
   David D. Dicks, WSBA No. 29422
   BROWN REAVIS & MANNING PLLC
   1201 Third Avenue, Suite 320
   Seattle, WA  98101
   Telephone:  (206) 292-6300
   Fax:  (206) 292-6301
   E-mail:   greavis@brmlaw.com
             rbrown@brmlaw.com
             ddicks@brmlaw.com

   Attorneys for Plaintiffs

PLAINTIFFS' INITIAL DISCLOSURES UNDER
FEDERAL RULE OF CIVIL PROCEDURE 26(a)
C04-1654Z - PAGE 6

BROWN REAVIS & MANNING PLLC
1201 THIRD AVENUE, SUITE 320
SEATTLE, WASHINGTON 98101
(206) 292-6300

# CERTIFICATE OF SERVICE

I hereby certify that on November 5, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Thomas D. Adams<br>Bullivant Houser Bailey PC<br>1601 Fifth Avenue, Suite 2400<br>Seattle, WA 98101-1618<br>Email: tom.adams@bullivant.com<br>**Attorneys for Defendant The Burlington Northern and Santa Fe Railway Company** | John F. Barg<br>Barg Coffin Lewis & Trapp, LLP<br>One Market Steuart Tower, Suite 2700<br>San Francisco, CA 94105-1475<br>Email: jfb@bcltlaw.com<br>**Attorneys for Defendant The Burlington Northern and Santa Fe Railway Company** |
| James C. Hanken<br>Law Offices of James C. Hanken<br>999 Third Avenue, Suite 3210<br>Seattle, WA 98104<br>Email: jhanken@hankenlaw.biz<br>**Attorneys for Defendants Baxter Entities** | Marc A. Zeppetello<br>Barg Coffin Lewis & Trapp, LLP<br>One Market Steuart Tower, Suite 2700<br>San Francisco, CA 94105-1475<br>Email: maz@bcltlaw.com<br>**Attorneys for Defendant The Burlington Northern and Santa Fe Railway Company** |

s/ Mary V. Liton
BROWN REAVIS & MANNING PLLC
1201 Third Avenue, Suite 320
Seattle, Washington  98101
Telephone:  (206) 292-6300
Fax:  (206) 292-6301
E-mail:  mliton@brmlaw.com

PLAINTIFFS' INITIAL DISCLOSURES UNDER
FEDERAL RULE OF CIVIL PROCEDURE 26(a)
C04-1654Z - PAGE  7

BROWN REAVIS & MANNING PLLC
1201 Third Avenue, Suite 320
Seattle, Washington 98101
(206) 292-6300