HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PACIFIC SOUND RESOURCES, a Washington non-profit corporation; and THE PORT OF SEATTLE, a Washington municipal corporation,<br><br>Plaintiffs,<br><br>v.<br><br>THE BURLINGTON NORTHERN AND SANTA FE RAILWAY COMPANY, a Delaware corporation; J.H. BAXTER & CO., a California limited partnership; J.H. BAXTER & CO., a California corporation; and J.H. BAXTER & CO., INC., a California corporation,<br><br>Defendants. | No. C04-1654L<br><br>FRCP 7.1 DISCLOSURE STATEMENT OF DEFENDANT THE BURLINGTON NORTHERN AND SANTA FE RAILWAY COMPANY |

Pursuant to Fed. R. Civ. Proc. 7.1(a), Defendant The Burlington Northern and Santa Fe Railway Company ("BNSF") states that it is a nongovernmental corporate party.  The corporate parent of BNSF is Burlington Northern Santa Fe Corporation, a publicly held corporation which owns 10% or more of the stock of BNSF.

*Equity shares and debt securities of Burlington Northern Santa Fe Corporation are publicly traded.  Debt securities issued by BNSF are registered with and trade through the New York stock exchange.*

FRCP 7.1 DISCLOSURE STATEMENT
No. C04-1654L

Page 1

**Bullivant|Houser|Bailey PC**
1601 Fifth Avenue, Suite 2300
Seattle, WA  98101-1618
Telephone:    (206) 292-8930

| | |
|---|---|
| 1 | |
| 2 | DATED this 28th day of December, 2004. |
| 3 | BULLIVANT HOUSER BAILEY PC |
| 4 | |
| 5 | /s/ Thomas D. Adams |
| 6 | Thomas D. Adams<br>WSBA #18470 |
| 7 | E-mail: tom.adams@bullivant.com<br>Attorneys for Defendant, The Burlington<br>Northern and Santa Fe Railway Company |
| 8 | BULLIVANT HOUSER BAILEY PC<br>1601 Fifth Avenue |
| 9 | Suite 2300<br>Seattle, Washington  98101-1618 |
| 10 | Telephone: 206.292.8930<br>Facsimile: 206.386.5130 |
| 11 | |
| 12 | |
| 13 | /s/ John F. Barg<br>John F. Barg, *Pro Hac Vice* |
| 14 | E-Mail: jfb@bcltlaw.com<br>Marc A. Zeppetello, *Pro Hac Vice* |
| 15 | E-Mail: maz@bcltlaw.com<br>Attorneys for Defendants The Burlington |
| 16 | Northern and Santa Fe Railway Company<br>Barg Coffin Lewis & Trapp, LLP |
| 17 | One Market Steuart Tower, Ste 2700<br>San Francisco, CA  94105-1475<br>Telephone:    (415) 228-5400 |
| 18 | Facsimile:    (415) 228-5450 |

FRCP 7.1 DISCLOSURE STATEMENT
No. C04-1654L

Page 2

**Bullivant|Houser|Bailey PC**

1601 Fifth Avenue, Suite 2300
Seattle, WA  98101-1618
Telephone:    (206) 292-8930

**CERTIFICATE OF SERVICE**

I hereby certify that on Tuesday, December 28, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the persons listed below:

| | |
|---|---|
| Rodney L. Brown Jr.<br>Gillis E. Reavis<br>David D. Dicks<br>Brown, Reavis & Manning<br>1201 Third Ave., Ste. 320<br>Seattle, WA  98101<br>Phone:  (206) 292-6300<br>Fax:  (206) 292-6301<br>*Counsel for Plaintiff Pacific Sound/Port of Seattle* | James C. Hanken<br>3210 Wells Fargo Center<br>999 Third Ave.<br>Seattle, WA  98104<br>Phone:  (206) 235-7679<br>Fax: (206) 689-7999<br>*Counsel for Defendant JH Baxter & Co., and JH Baxter & Co., Inc.* |

John F. Barg, *Pro Hac Vice*
Marc A. Zeppetello, *Pro Hac Vice*
Barg Coffin Lewis & Trapp, LLP
One Market Steuart Tower, Ste 2700
San Francisco, CA  94105-1475
Phone:   (415) 228-5400
Fax:        (415) 228-5450
*Pro Hac Vice Counsel for Defendants The Burlington Northern and Santa Fe Railway Company*

BULLIVANT HOUSER BAILEY PC


By:/s/Elen A. Sale
     Elen A. Sale
     ele.sale@bullivant.com

FRCP 7.1 DISCLOSURE STATEMENT
No. C04-1654L

Page 3

**Bullivant|Houser|Bailey PC**
1601 Fifth Avenue, Suite 2300
Seattle, WA  98101-1618
Telephone:     (206) 292-8930