# United States District Court

## WESTERN DISTRICT OF WASHINGTON

PACIFIC SOUND RESOURCES, *et al.*,

      v.

THE BURLINGTON NORTHERN AND
SANTA FE RAILWAY COMPANY, *et al.*

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: C04-1654L

___   **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_   **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

     Defendant Burlington Northern and Santa Fe Railway Company's Motion for Summary Judgment is granted.

February 15, 2006

BRUCE RIFKIN
Clerk

s/Rhonda Stiles
By, Deputy Clerk