UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PACIFIC SOUND RESOURCES, *et al.,*

    Plaintiffs,

    v.

THE BURLINGTON NORTHERN AND SANTA FE RAILWAY COMPANY, *et al.*,

    Defendants.

Case No. C04-1654L

ORDER FOR FURTHER BRIEFING

On February 6, 2006, the Court issued an order dismissing this action for lack of standing. Plaintiff has filed a timely motion for reconsideration arguing that the Court should have remanded the action to state court. See 28 U.S.C. § 1447(c). Pursuant to Local Civil Rule 7(h)(3), defendant may, if it chooses, file a response to the motion for reconsideration no later than 4:30 p.m. on March 13, 2006. Plaintiff's reply, if any, shall be filed no later than 4:30 p.m. on March 17, 2005.

The Clerk of Court is directed to re-note plaintiff's motion for reconsideration (Dkt. # 62) on the Court's calendar for March 17, 2006.

DATED this 28th day of February, 2006.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge