The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PACIFIC SOUND RESOURCES, a Washington non-profit corporation; and THE PORT OF SEATTLE, a Washington municipal corporation,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>THE BURLINGTON NORTHERN AND SANTA FE RAILWAY COMPANY, a Delaware corporation; J.H. BAXTER & CO., a California limited partnership; J.H. BAXTER & CO., a California corporation; and J.H. BAXTER & CO., INC., a California corporation,<br><br>　　　　　　　　　　Defendants. | No. C04-1654L<br><br>NOTICE OF APPEAL |

Pursuant to Federal Rule of Civil Procedure 4(a), notice is hereby given that plaintiffs The Port of Seattle and Pacific Sound Resources appeal to the United States Court of Appeals for the Ninth Circuit from the Court's order dated August 17, 2005 (District Court Docket Number 38) dismissing the Port of Seattle's claims, the Court's order dated February 6, 2006 (Docket Number 59) dismissing Pacific Sound Resources' claims, and the Court's Judgment dated February 15, 2006 (Docket Number 61). This appeal is subject to the Court's ruling on plaintiffs' Motion for Reconsideration dated February 21, 2006 (Docket Number 62) seeking remand of this removed action to state court.

NOTICE OF APPEAL - 1
Case No. C04-1654L

1   DATED this  8th   day of      March      , 2006.

2                                FOSTER PEPPER PLLC

3

4                                s/Gillis E. Reavis
                                 Gillis E. Reavis, WSBA #21451
5                                Attorneys for Plaintiffs

6

7                         **CERTIFICATE OF SERVICE**

    I hereby certify that on March 8, 2006, I electronically filed the foregoing with the Clerk
8
    of the Court using the CM/ECF system which will send notification of such filing to the
9
    following:
10

| Thomas D. Adams<br>Bullivant Houser Bailey PC<br>1601 Fifth Avenue, Suite 2400<br>Seattle, WA  98101-1618<br>E-mail: tom.adams@bullivant.com<br>**Attorneys for Defendant The Burlington Northern and Santa Fe Railway Company** | John F. Barg<br>Marc A. Zeppetello<br>Barg Coffin Lewis & Trapp, LLP<br>One Market Steuart Tower, Suite 2700<br>San Francisco, CA  94105-1475<br>E-mail: jfb@bcltlaw.com<br>        maz@bcltlaw.com<br>**Attorneys for Defendant The Burlington Northern and Santa Fe Railway Company** |
|---|---|
| James C. Hanken<br>Law Offices of James C. Hanken<br>999 Third Avenue, Suite 3210<br>Seattle, WA 98104<br>E-mail: jhanken@hankenlaw.biz<br>**Attorneys for Defendants Baxter Entities** | Stephen J. Tan<br>Rodney L. Brown Jr.<br>David D. Dicks<br>Cascadia Law Group PLLC<br>1201 Third Ave., Suite 320<br>Seattle, WA  98101<br>E-mail:  stan@cascadialaw.com<br>         rbrown@cascadialaw.com<br>         ddicks@cascadialaw.com<br>**Attorneys for Plaintiffs** |

                                 s/ Susan Allan
                                 Susan Allan, Legal Assistant
                                 FOSTER PEPPER PLLC
                                 1111 Third Avenue, Suite 3400
                                 Seattle, Washington  98101
                                 Telephone:   (206) 447-7901
                                 Fax:          (206) 447-9700
                                 E-mail: allas@foster.com

NOTICE OF APPEAL - 2
Case No. C04-1654L