THE HONORABLE ROBERT S. LASNIK



04-CV-01654-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PACIFIC SOUND RESOURCES, a Washington non-profit corporation; and THE PORT OF SEATTLE, a Washington municipal corporation;<br><br>Plaintiffs,<br><br>v.<br><br>THE BURLINGTON NORTHERN AND SANTA FE RAILWAY COMPANY, a Delaware corporation; J.H. BAXTER & CO., a California limited partnership; J.H. BAXTER & CO., a California corporation; and J.H. BAXTER & CO., INC., a California corporation.<br><br>Defendants. | No. C04-1654L<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE – SETTLEMENT OF ALL CLAIMS BETWEEN PLAINTIFF THE PORT OF SEATTLE AND DEFENDANT BNSF RAILWAY COMPANY**<br><br>[Clerk's Action Required] |

**STIPULATION**

This Stipulation is between plaintiff The Port of Seattle and defendant BNSF Railway Company, collectively referred to as the "Stipulation Parties." The Stipulation Parties, through their attorneys of record, stipulate that the claims asserted in this action between them have been fully settled, resolved or compromised. The Stipulation Parties stipulate that an order may be entered dismissing their claims against each other with prejudice and without an award of costs or attorneys' fees to either party. Nothing in this Stipulation and Order shall affect the claims that plaintiff Pacific Sound Resources and defendant BNSF Railway Company have asserted against each other in this action.

STIPULATION AND ORDER OF DISMISSAL
C04-1654L - PAGE 1

CASCADIA LAW GROUP PLLC
1201 THIRD AVENUE, SUITE 320
SEATTLE, WASHINGTON 98101
(206) 292-6300

1  Dated this 20th day of June, 2008.

2
s/ Gillis E. Reavis
WSBA No. 21451
3
FOSTER PEPPER PLLC
1111 Third Avenue, Suite 3400
4
Seattle, WA 98101
Telephone: (206) 447-7295
5
Fax: (206) 749-2160
E-mail: reavg@foster.com
6
Attorneys for Plaintiff The Port of Seattle

7
s/ Stephen J. Tan
WSBA No. 22756
8  Rodney L. Brown, Jr., WSBA No. 13089
Tanya Barnett, WSBA No. 17491
9  CASCADIA LAW GROUP PLLC
1201 Third Avenue, Suite 320
10 Seattle, WA 98101
Telephone: (206) 292-6300
11 Fax: (206) 292-6301
E-mail: rbrown@cascadialaw.com
12            stan@cascadialaw.com
              tbarnett@cascadialaw.com
13 Attorneys for Plaintiff The Port of Seattle

14
s/ Thomas D. Adams
WSBA No. 18470
15 KARR TUTTLE CAMPBELL
1201 Third Avenue, Suite 2900
16 Seattle, WA 98101-3028
Telephone: (206) 223-1313
17 Fax: (206) 682-7100
E-mail: tadams@karrtuttle.com
18 Attorneys for Defendant BNSF Railway
Company
19

20
s/ John F. Barg
(Pro Hac Vice)
21 Marc A. Zeppetello (Pro Hac Vice)
BARG COFFIN LEWIS & TRAPP, LLP
22 350 California Street, 22nd Floor
San Francisco, CA 94104-1435
23 Telephone: (415) 228-5400
Fax: (415) 228-5450
24 E-mail: jfb@bcltlaw.com
         maz@bcltlaw.com
25 Attorneys for Defendant BNSF Railway
Company
26

27

28 STIPULATION AND ORDER OF DISMISSAL
C04-1654L - PAGE 2

CASCADIA LAW GROUP PLLC
1201 THIRD AVENUE, SUITE 320
SEATTLE, WASHINGTON 98101
(206) 292-6300

**ORDER**

Based on the above stipulation of the parties, it is hereby ORDERED:

The claims of plaintiff The Port of Seattle and defendant BNSF Railway Company against each other shall be dismissed with prejudice and without an award of attorneys' fees or costs to either party. This Order does not affect the claims that plaintiff Pacific Sound Resources and defendant BNSF Railway Company have asserted against each other in this action.

Dated this 24th day of June, 2008.

_____
ROBERT S. LASNIK,
United States District Judge

Presented By:

s/ Gillis E. Reavis
WSBA No. 21451
FOSTER PEPPER PLLC
1111 Third Avenue, Suite 3400
Seattle, WA 98101
Telephone: (206) 447-7295
Fax: (206) 749-2160
E-mail: reavg@foster.com
Attorneys for Plaintiff The Port of Seattle

s/ Stephen J. Tan
WSBA No. 22756
Rodney L. Brown, Jr., WSBA No. 13089
Tanya Barnett, WSBA No. 17491
CASCADIA LAW GROUP PLLC
1201 Third Avenue, Suite 320
Seattle, WA 98101
Telephone: (206) 292-6300
Fax: (206) 292-6301
E-mail: rbrown@cascadialaw.com
        stan@cascadialaw.com
        tbarnett@cascadialaw.com
Attorneys for Plaintiff The Port of Seattle

STIPULATION AND ORDER OF DISMISSAL
C04-1654L - PAGE 3

CASCADIA LAW GROUP PLLC
1201 THIRD AVENUE, SUITE 320
SEATTLE, WASHINGTON 98101
(206) 292-6300

1  Approved as to Form and Notice of Presentation Waived:

2  s/ Thomas D. Adams
   WSBA No. 18470
3  KARR TUTTLE CAMPBELL
   1201 Third Avenue, Suite 2900
   Seattle, WA 98101-3028
4  Telephone: (206) 223-1313
   Fax: (206) 682-7100
5  E-mail: tadams@karrtuttle.com
   Attorneys for Defendant BNSF Railway
6  Company

7
   s/ John F. Barg
8  (Pro Hac Vice)
   Marc A. Zeppetello (Pro Hac Vice)
9  BARG COFFIN LEWIS & TRAPP, LLP
   350 California Street, 22nd Floor
10 San Francisco, CA 94104-1435
   Telephone: (415) 228-5400
11 Fax: (415) 228-5450
   E-mail: jfb@bcltlaw.com
12         maz@bcltlaw.com
   Attorneys for Defendant BNSF Railway
13 Company

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28 STIPULATION AND ORDER OF DISMISSAL
   C04-1654L - PAGE 4

CASCADIA LAW GROUP PLLC
1201 THIRD AVENUE, SUITE 320
SEATTLE, WASHINGTON 98101
(206) 292-6300