UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 05 2008

MOLLY C. DWYER, CLERK OF COURT
U.S. COURT OF APPEALS

| | |
|---|---|
| PACIFIC SOUND RESOURCES, a Washington non-profit corporation,<br><br>        Plaintiff - Appellant,<br><br>  V.<br><br>BURLINGTON NORTHERN & SANTA FE RAILWAY COMPANY, a Delaware corporation; JH BAXTER & CO, a California limited partnership; J. H. BAXTER & CO, a California corporation; JH BAXTER & CO, INC, a California corporation,<br><br>        Defendants - Appellees. | No.  06-35455<br>D.C. No.  CV-04-01654-RSL<br>Western District of Washington, Seattle<br><br><br>**MANDATE** |
| PACIFIC SOUND RESOURCES, a Washington non-profit corporation,<br><br>        Plaintiff - Appellant,<br><br>  V.<br><br>BURLINGTON NORTHERN & SANTA FE RAILWAY COMPANY, a Delaware corporation; JH BAXTER & CO, a California limited partnership; J. H. BAXTER & CO, a California corporation; JH BAXTER & CO, INC, a California corporation,<br><br>        Defendants - Appellees. | No.  07-35295<br>D.C. No.  CV-04-01654-RSL<br>Western District of Washington, Seattle<br><br><br>**MANDATE** |

The judgment of this Court, entered 7/1108, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court


By: Gabriela Van Allen
Deputy Clerk