1        THE HONORABLE ROBERT S. LASNIK

2

3

4        04-CV-01654-ORD

5

6

7

8        UNITED STATES DISTRICT COURT
         WESTERN DISTRICT OF WASHINGTON
9                    AT SEATTLE

| | |
|---|---|
| PACIFIC SOUND RESOURCES, a Washington non-profit corporation; and THE PORT OF SEATTLE, a Washington municipal corporation; | No. C04-1654L |
| Plaintiffs, | **STIPULATION AND ORDER OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE** |
| v. | |
| THE BURLINGTON NORTHERN AND SANTA FE RAILWAY COMPANY, a Delaware corporation; J.H. BAXTER & CO., a California limited partnership; J.H. BAXTER & CO., a California corporation; and J.H. BAXTER & CO., INC., a California corporation. | **[Clerk's Action Required]** |
| Defendants. | |

18                        **STIPULATION**

19       The only remaining plaintiff, Pacific Sound Resources, and the only remaining

20   defendant, BNSF Railway Company, have resolved all claims asserted in this action between

21   them.  Such agreement has been reduced to writing and signed by each party.  The terms of

22   that agreement having now been fully complied with, dismissal of this action is now

23   appropriate.

24       IT IS HEREBY STIPULATED that the above-entitled action be dismissed with

25   prejudice and without an award of costs or attorneys' fees to either party.

26

27

28   STIPULATION AND ORDER OF DISMISSAL
     C04-1654L - PAGE 1

CASCADIA LAW GROUP PLLC
1201 THIRD AVENUE, SUITE 320
SEATTLE, WASHINGTON 98101
(206) 292-6300

1      Dated:  March 9, 2009.

2

         s/ Gillis E. Reavis
         WSBA No. 21451
3          FOSTER PEPPER PLLC
         1111 Third Avenue, Suite 3400
4          Seattle, WA  98101
         Telephone:  (206) 447-7295
5          Fax:  (206) 749-2160
         E-mail:  reavg@foster.com
6

         s/ Stephen J. Tan
7          WSBA No. 22756
         Rodney L. Brown, Jr., WSBA No. 13089
8          Tanya Barnett, WSBA No. 17491
         CASCADIA LAW GROUP PLLC
9          1201 Third Avenue, Suite 320
         Seattle, WA  98101
10          Telephone:  (206) 292-6300
         Fax:  (206) 292-6301
11          E-mail:  rbrown@cascadialaw.com
                  stan@cascadialaw.com
12                   tbarnett@cascadialaw.com
         Attorneys for Plaintiff The Port of Seattle
13

         s/ Thomas D. Adams
14          WSBA No. 18470
         KARR TUTTLE CAMPBELL
15          1201 Third Avenue, Suite 2900
         Seattle, WA 98101-3028
16          Telephone:  (206) 223-1313
         Fax:  (206) 682-7100
17          E-mail:  tadams@karrtuttle.com

18          s/ John F. Barg
         (Pro Hac Vice)
19          Marc A. Zeppetello (Pro Hac Vice)
         BARG COFFIN LEWIS & TRAPP, LLP
20          350 California Street, 22nd Floor
         San Francisco, CA 94104-1435
21          Telephone:  (415) 228-5400
         Fax: (415) 228-5450
22          E-mail:  jfb@bcltlaw.com
                  maz@bcltlaw.com
23          Attorneys for Defendant BNSF Railway Company

24

25

26

27

28   STIPULATION AND ORDER OF DISMISSAL
    C04-1654L - PAGE 2

**ORDER**

Based on the above stipulation of the parties, it is hereby ORDERED:

That the claims asserted by plaintiff Pacific Sound Resources and defendant BNSF Railway Company in the captioned matter have been fully settled and compromised, and that such claims shall be and are hereby dismissed with prejudice and without an award of attorneys' fees or costs to either party. This stipulation resolves all remaining issues in this case, which is dismissed in its entirety.

Dated this _10th_ day of March, 2009.

_/s/ S Lasnik_
ROBERT S. LASNIK,
United States District Judge

Presented By:

s/ Gillis E. Reavis
WSBA No. 21451
FOSTER PEPPER PLLC
1111 Third Avenue, Suite 3400
Seattle, WA 98101
Telephone: (206) 447-7295
Fax: (206) 749-2160
E-mail: reavg@foster.com
Attorneys for Plaintiff The Port of Seattle

s/ Stephen J. Tan
WSBA No. 22756
Rodney L. Brown, Jr., WSBA No. 13089
Tanya Barnett, WSBA No. 17491
CASCADIA LAW GROUP PLLC
1201 Third Avenue, Suite 320
Seattle, WA 98101
Telephone: (206) 292-6300
Fax: (206) 292-6301
E-mail: rbrown@cascadialaw.com
        stan@cascadialaw.com
        tbarnett@cascadialaw.com
Attorneys for Plaintiff The Port of Seattle

STIPULATION AND ORDER OF DISMISSAL
C04-1654L - PAGE 3

CASCADIA LAW GROUP PLLC
1201 THIRD AVENUE, SUITE 320
SEATTLE, WASHINGTON 98101
(206) 292-6300

1    Approved as to Form and Notice of Presentation Waived:

2    s/ Thomas D. Adams
     WSBA No. 18470
3    KARR TUTTLE CAMPBELL
     1201 Third Avenue, Suite 2900
4    Seattle, WA 98101-3028
     Telephone: (206) 223-1313
5    Fax: (206) 682-7100
     E-mail: tadams@karrtuttle.com
6    Attorneys for Defendant BNSF Railway
     Company

7    s/ John F. Barg
8    (Pro Hac Vice)
     Marc A. Zeppetello (Pro Hac Vice)
9    BARG COFFIN LEWIS & TRAPP, LLP
     350 California Street, 22nd Floor
10   San Francisco, CA 94104-1435
     Telephone: (415) 228-5400
11   Fax: (415) 228-5450
     E-mail: jfb@bcltlaw.com
12              maz@bcltlaw.com
     Attorneys for Defendant BNSF Railway
13   Company

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   STIPULATION AND ORDER OF DISMISSAL
     C04-1654L - PAGE 4

CASCADIA LAW GROUP PLLC
1201 THIRD AVENUE, SUITE 320
SEATTLE, WASHINGTON 98101
(206) 292-6300